Aliya L. Astaphan, Bar No. 340162
aastaphan@swlaw.com
SNELL & WILMER LLP
City National 2CAL
350 South Grand Avenue
Suite 3100
Los Angeles, California 90071-3420
Telephone:    213.929.2500
Facsimile:    213.929.2525

*Attorney for Plaintiff*
*Avnet, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVNET, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMPERE COMPUTING LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 5:25-cv-03242-PCP<br><br>Judge: Hon. P. Casey Pitts<br>Courtroom: 8<br><br>**PLAINTIFF AVNET, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Trial Date: N/A<br>Date Action Filed: April 8, 2025 |

- 2 -

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Avnet, Inc. ("Plaintiff") hereby dismisses this action and all claims and causes of action asserted against Defendant Ampere Computing, LLC ("Defendant") without prejudice.

Dated: December 18, 2025               SNELL & WILMER L.L.P.

                                       By: /s/ Aliya L. Astaphan
                                           Aliya L. Astaphan

                                           *Attorney for Plaintiff*
                                           *Avnet, Inc.*